**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Larry Lydell SAULSBERRY,**
**Defendant–Appellant.**

**No. 09–10347**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 5, 2009.

Chet Kaufman, Federal Public Defender, Tallahassee, FL, Randall Lockhart, Pensacola, FL, for Defendant–Appellant.

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before CARNES, WILSON and HILL, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Larry Lydell Saulsberry, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Saulsberry's conviction and sentence are **AFFIRMED.**